ACCEPTED
15-25-00035-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/27/2025 12:00 AM
CHRISTOPHER A. PRINE
CLERK

# Exhibit P.8

## Plaintiff's DPS Criminal History Record

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/27/2025 12:00:00 AM
CHRISTOPHER A. PRINE
Clerk

1. Below is a copy of the Plaintiff's DPS record which is being filed with the court in coordination with the Appellant's Reply Brief in order to prove to the Court that the original charge for the wrongful imprisonment in question was entirely removed from our criminal record, having been completely exonerated of it. How that removal occurred may be another question though due to our issues surrounding bad-hacking attacks and or internal corruption/fraud who have been both editing records to our detriment and also to the State's as well by doing so in a manner which also incriminates government while delaying our life and endangering us. One can see in this record that the photo being used for our main photo is unconstitutional for sovereign use and would have been confused with the recent assault charge when the photo was from cerca 2010, though even so the extra pictures appended to our record outside of normal protocol obviously by these perpetrators or perpetrator had incorrect posted dates and with the photo in question's date being from before 2017 even so, proving that the photo was outdated none the less and therefore misleading to the public moreso. Furthermore, police footage of the arrests associated with those photos show the Plaintiff dressed in the same attire but at different dates.



### Texas Department of Public Safety
### Criminal History Search

USER: jstring1073@gmail.com (2853831,2903178) SERVER: DPSWEB2 DATE:12/18/2021 11:50:19 PM
LANG:ENGLISH (UNITED STATES) ORIG:PublicSite





## Criminal History Conviction Search

## Search Information

| | |
|---|---|
| BATCH # | 5615764 |
| SEARCH # | 26466024 |
| SEARCH SUMMARY | STRINGFELLOW,STEVEN JACOB [1985-11-6] |
| USER NAME | JSTRING1073@GMAIL.COM |
| DATE | 2021-12-18T23:50:19.0667777-06:00 |

## STRINGFELLOW,STEVEN J (SID: 08157670)

| | | |
|---|---|---|
| SID | 08157670 | |
| DATE LAST UPDATED | 12/7/2021 | |
| SEX | MALE | |
| RACE | WHITE | |
| ETHNICITY | NON-HISPANIC |  |
| HEIGHT | 5'8" | |
| WEIGHT | 160 LBS | |
| EYES | BLUE | |
| HAIR | BROWN | |
| PLACE OF BIRTH | TEXAS | |
| NAME(S) | SPRINGFELLOW,STEVEN | |
| | STRINGFELLOW,STEVEN | |
| | STRINGFELLOW,STEVEN J (PRIMARY) | |
| | STRINGFELLOW,STEVEN JACOB | |
| BIRTH DATE(S) | 11/6/1985 (PRIMARY) | |

## ARREST SUMMARY

| DATE OF ARREST | SEQUENCE CODE | TRACKING NUMBER | AGENCY DESCRIPTION |
|---|---|---|---|
| 4/28/2012 | A | 9074306306 | DPS TRAVIS COUNTY ARREST REPORTING |
| 4/5/2013 | A | 907461681X | AUSTIN PD |
| 2/29/2016 | A | 9236926878 | AUSTIN PD |

Searches based on names, date of birth and other alphanumeric identifiers are not always accurate. The only way to positively link someone to a criminal record is through fingerprint identification. It is your responsibility to make sure the records you access through this site pertain to the person about whom you are seeking information. Extreme care should be exercised in using any information obtained from this Web site. Neither the DPS nor the State of Texas shall be responsible for any errors or omissions produced by secondary dissemination of this data.

### ARREST DATE 4/28/2012 (1 CHARGES)

ARREST DETAIL

| | |
|---|---|
| ARREST DATE | 4/28/2012 |
| SEQUENCE CODE | A |

| | |
|---|---|
| TRACKING NUMBER | 9074306306 |
| ARRESTING AGENCY | DPS TRAVIS COUNTY ARREST REPORTING (TXDPS6522) |

### ARREST DATE 4/28/2012 (CHARGE C001)

PROSECUTION DETAIL

| | |
|---|---|
| AGENCY | COUNTY ATTORNEYS OFFICE AUSTIN (TX227013A) |
| PROSECUTOR ACTION FIELD | PROSECUTOR HAS CHANGED THE CHARGE (C) |
| PROSECUTOR OFFENSE CITATION | 42.03 |
| PROSECUTOR OFFENSE | OBSTRUCTING HIGHWAY PASSAGEWAY (53070001) |
| PROSECUTION LITERAL | OBSTRUCT HIGHWAY PASSAGEWAY |
| LEVEL AND DEGREE PROSECUTED | MISDEMEANOR - CLASS B (MB) |

COURT STATUS A

| | |
|---|---|
| AGENCY DESCRIPTION | TRAVIS COUNTY COURT AT LAW COURT 5 (TX227133J) |
| COURT OFFENSE | OBSTRUCTING HIGHWAY PASSAGEWAY (53070001) |
| COURT OFFENSE LITERAL | OBSTRUCT HIGHWAY PASSAGEWAY |
| COURT OFFENSE CITATION | 42.03 |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS B (MB) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 12/6/2012 |
| DATE OF SENTENCE/STATUS | 12/6/2012 |
| CAUSE NUMBER | CAU:C-1-CR-12-403531 |
| FINAL PLEADING | NO CONTEST OR NOLO CONTENDERE (C) |
| COURT CONFINEMENT | 0Y 0M 20D |
| AGENCY RECEIVING CUSTODY | TRAVIS COUNTY COURT AT LAW COURT 5 (TX2270000) |

## ARREST DATE 4/5/2013 (1 CHARGES)

ARREST DETAIL

| | |
|---|---|
| ARREST DATE | 4/5/2013 |
| SEQUENCE CODE | A |
| TRACKING NUMBER | 907461681X |
| ARRESTING AGENCY | AUSTIN PD (TX2270100) |

### ARREST DATE 4/5/2013 (CHARGE A001)

OFFENSE RECORD

| | |
|---|---|
| AGENCY | AUSTIN PD (TX2270100) |
| INTERNAL AGENCY PERSON NUMBER | 519244 |
| INTERNAL AGENCY CASE NUMBER | 1314477 |
| ARREST OFFENSE | DRIVING WHILE INTOXICATED (54040009) |
| ARREST OFFENSE LITERAL | DRIVING WHILE INTOXI |
| ARREST OFFENSE CITATION | 49.04 |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS B (MB) |
| DATE OF OFFENSE | 4/5/2013 |
| ARREST DISPOSITION DATE | 4/5/2013 |
| ARREST DISPOSITION | HELD (205) |
| PROSECUTOR ORI REFERRED TO | COUNTY ATTORNEYS OFFICE AUSTIN (TX227013A) |

PROSECUTION DETAIL

| | |
|---|---|
| AGENCY | COUNTY ATTORNEYS OFFICE AUSTIN (TX227013A) |

| | |
|---|---|
| PROSECUTOR ACTION FIELD | PROSECUTOR ACCEPTS THE CHARGE (A) |
| PROSECUTOR OFFENSE CITATION | 49.04 |
| PROSECUTOR OFFENSE | DRIVING WHILE INTOXICATED (54040009) |
| PROSECUTION LITERAL | DRIVING WHILE INTOXI |
| LEVEL AND DEGREE PROSECUTED | MISDEMEANOR - CLASS B (MB) |

COURT STATUS A

| | |
|---|---|
| AGENCY DESCRIPTION | TRAVIS COUNTY COURT AT LAW COURT 6 (TX227143J) |
| COURT OFFENSE | DRIVING WHILE INTOXICATED (54040009) |
| COURT OFFENSE LITERAL | DRIVING WHILE INTOXICATED |
| COURT OFFENSE CITATION | 49.04 |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS B (MB) |
| COURT DISPOSITION | PENDING - MENTALLY INCOMPETENT (309) |
| COURT DISPOSITION DATE | 4/30/2013 |
| DATE OF SENTENCE/STATUS | 4/30/2013 |
| CAUSE NUMBER | CAU:C-1-CR-13-205931 |
| FINAL PLEADING | UNREPORTED/OR UNKNOWN (U) |
| AGENCY RECEIVING CUSTODY | TRAVIS COUNTY COURT AT LAW COURT 6 () |

COURT STATUS B

| | |
|---|---|
| AGENCY DESCRIPTION | TRAVIS COUNTY COURT AT LAW COURT 6 (TX227143J) |
| COURT OFFENSE | DRIVING WHILE INTOXICATED (54040009) |
| COURT OFFENSE LITERAL | DRIVING WHILE INTOXICATED |
| COURT OFFENSE CITATION | 49.04 |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS B (MB) |
| COURT DISPOSITION | PENDING - MENTALLY INCOMPETENT (309) |
| COURT DISPOSITION DATE | 12/26/2013 |
| DATE OF SENTENCE/STATUS | 12/26/2013 |
| CAUSE NUMBER | CAU:C-1-CR-13-205931 |
| FINAL PLEADING | UNREPORTED/OR UNKNOWN (U) |
| AGENCY RECEIVING CUSTODY | TRAVIS COUNTY COURT AT LAW COURT 6 () |

COURT STATUS C

| | |
|---|---|
| AGENCY DESCRIPTION | TRAVIS COUNTY COURT AT LAW COURT 6 (TX227143J) |
| COURT OFFENSE | DRIVING WHILE INTOXICATED (54040009) |
| COURT OFFENSE LITERAL | DRIVING WHILE INTOXICATED |
| COURT OFFENSE CITATION | 49.04 |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS B (MB) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 3/13/2014 |
| DATE OF SENTENCE/STATUS | 3/13/2014 |
| CAUSE NUMBER | CAU:C-1-CR-13-205931 |
| FINAL PLEADING | NO CONTEST OR NOLO CONTENDERE (C) |
| COURT CONFINEMENT | 0Y 0M 30D |
| AGENCY RECEIVING CUSTODY | TRAVIS COUNTY COURT AT LAW COURT 6 (TX2270000) |

## ARREST DATE 2/29/2016 (2 CHARGES)

ARREST DETAIL

| | |
|---|---|
| ARREST DATE | 2/29/2016 |
| SEQUENCE CODE | A |

| | |
|---|---|
| TRACKING NUMBER | 9236926878 |
| ARRESTING AGENCY | AUSTIN PD (TX2270100) |

## ARREST DATE 2/29/2016 (CHARGE A002)

### OFFENSE RECORD

| | |
|---|---|
| AGENCY | AUSTIN PD (TX2270100) |
| INTERNAL AGENCY PERSON NUMBER | 519244 |
| INTERNAL AGENCY CASE NUMBER | 1608231 |
| ARREST OFFENSE | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (54990067) |
| ARREST OFFENSE CITATION | 521.457(F)(F-1) |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS B (MB) |
| DATE OF OFFENSE | 2/29/2016 |
| ARREST DISPOSITION DATE | 2/29/2016 |
| ARREST DISPOSITION | HELD (205) |
| PROSECUTOR ORI REFERRED TO | COUNTY ATTORNEYS OFFICE AUSTIN (TX227013A) |

### PROSECUTION DETAIL

| | |
|---|---|
| AGENCY | COUNTY ATTORNEYS OFFICE AUSTIN (TX227013A) |
| ACTION DATE | 3/31/2016 |
| PROSECUTOR ACTION FIELD | PROSECUTOR ACCEPTS THE CHARGE (A) |
| PROSECUTOR OFFENSE CITATION | 521.457(F)(F-1) |
| PROSECUTOR OFFENSE | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (54990067) |
| PROSECUTION LITERAL | DRIVING W/LIC INV W/ |
| LEVEL AND DEGREE PROSECUTED | MISDEMEANOR - CLASS B (MB) |

### COURT STATUS A

| | |
|---|---|
| AGENCY DESCRIPTION | TRAVIS COUNTY COURT AT LAW COURT 6 (TX227143J) |
| COURT OFFENSE | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (54990067) |
| COURT OFFENSE LITERAL | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES |
| COURT OFFENSE CITATION | 521.457(F)(F-1) |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS B (MB) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 1/26/2017 |
| DATE OF SENTENCE/STATUS | 1/26/2017 |
| CAUSE NUMBER | CAU:C-1-CR-16-500310 |
| FINAL PLEADING | NO CONTEST OR NOLO CONTENDERE (C) |
| COURT CONFINEMENT | 0Y 0M 45D |
| AGENCY RECEIVING CUSTODY | TRAVIS COUNTY COURT AT LAW COURT 6 (TX2270000) |

## ARREST DATE 2/29/2016 (CHARGE A003)

### OFFENSE RECORD

| | |
|---|---|
| AGENCY | AUSTIN PD (TX2270100) |
| INTERNAL AGENCY PERSON NUMBER | 519244 |
| INTERNAL AGENCY CASE NUMBER | 1608231 |
| ARREST OFFENSE | INTERFER W/PUBLIC DUTIES (73991084) |
| ARREST OFFENSE CITATION | 38.15(B) |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS B (MB) |
| DATE OF OFFENSE | 2/29/2016 |

| | |
|---|---|
| ARREST DISPOSITION DATE | 2/29/2016 |
| ARREST DISPOSITION | HELD (205) |
| PROSECUTOR ORI REFERRED TO | COUNTY ATTORNEYS OFFICE AUSTIN (TX227013A) |

PROSECUTION DETAIL

| | |
|---|---|
| AGENCY | COUNTY ATTORNEYS OFFICE AUSTIN (TX227013A) |
| ACTION DATE | 9/28/2016 |
| PROSECUTOR ACTION FIELD | PROSECUTOR ACCEPTS THE CHARGE (A) |
| PROSECUTOR OFFENSE CITATION | 38.15(B) |
| PROSECUTOR OFFENSE | INTERFER W/PUBLIC DUTIES (73991084) |
| PROSECUTION LITERAL | INTERFER W/PUBLIC DU |
| LEVEL AND DEGREE PROSECUTED | MISDEMEANOR - CLASS B (MB) |

COURT STATUS A

| | |
|---|---|
| AGENCY DESCRIPTION | TRAVIS COUNTY COURT AT LAW 9 (TX227173J) |
| COURT OFFENSE | INTERFER W/PUBLIC DUTIES (73991084) |
| COURT OFFENSE LITERAL | INTERFER W/PUBLIC DUTIES |
| COURT OFFENSE CITATION | 38.15(B) |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS B (MB) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 1/26/2017 |
| DATE OF SENTENCE/STATUS | 1/26/2017 |
| CAUSE NUMBER | CAU:C-1-CR-16-500308 |
| FINAL PLEADING | NO CONTEST OR NOLO CONTENDERE (C) |
| COURT CONFINEMENT | 0Y 0M 45D |
| AGENCY RECEIVING CUSTODY | TRAVIS COUNTY COURT AT LAW 9 (TX2270000) |

## PHOTO POSTED 1/1/2015



## PHOTO POSTED 6/19/2014



PHOTO POSTED 4/8/2010



**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 101252156
Filing Code Description: Brief Not Requesting Oral Argument
Filing Description: Appellant's Reply Brief
Status as of 5/27/2025 7:41 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sarah Orr | | Sarah.Orr@oag.texas.gov | 5/26/2025 10:22:02 PM | SENT |
| Atty General | | Anthony.Dolcefino@oag.texas.gov | 5/26/2025 10:22:02 PM | SENT |